UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALESHIA MCMILLEN SULAYMU-BEY,

                Plaintiff,

-against-

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, ET AL

                Defendants.

22-CV-10097 (LTS)

CIVIL JUDGMENT

---

    For the reasons stated in the April 15, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 15, 2024
          New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge